UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EBERTO BAUTISTA-EREDEA, | Case No. 3:20-cv-00403-LRH-CLB |
| Petitioner, | ORDER |
| v. | |
| GARRETT, et al., | |
| Respondents. | |

Before the court is 28 U.S.C. § 2254 habeas petitioner Eberto Bautista-Eredea's motion for leave to file a third-amended petition (ECF No. 31). Respondents filed a non-opposition (ECF No. 32). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for leave to file a third-amended petition (ECF No. 31) is **GRANTED**. Petitioner must file the third-amended petition on or before **September 12, 2021**, as set forth in the scheduling order at ECF No. 28.

DATED: 20 July 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1