UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EBERTO BAUTISTA-EREDEA,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, et al.,<br><br>Respondents. | Case No. 3:20-cv-00403-LRH-CLB<br><br>ORDER |

This is Eberto Bautista-Eredea's 28 U.S.C. § 2254 habeas corpus petition. Respondents have filed unopposed motions for extension of time related to their motion to dismiss. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file a response to the petition (ECF No. 35) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' first and second motions for extension of time to file a reply in support of the motion to dismiss (ECF Nos. 38, 39) are both **GRANTED** *nunc pro tunc*.

DATED: 8 April 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE