UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EBERTO BAUTISTA-EREDEA,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>GARRETT, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00403-LRH-CLB<br><br>**Order Granting Extension of Time to File an Answer to Petition to January 11, 2023** |

　　　Respondents seek an extension of time to file an answer to Eberto Bautista-Eredea's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 46.) Good cause appearing,

　　　**IT IS ORDERED** that respondents' first and second unopposed motions for extension of time to file an answer to the petition (ECF Nos. 44, 45) are both **GRANTED** *nunc pro tunc*.

　　　**IT IS FURTHER ORDERED** that respondents' third unopposed motion for extension of time to file an answer to the petition (ECF No. 46) is **GRANTED**. **The deadline to answer is extended to January 11, 2023.**

　　　DATED: 12 December 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1