UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EBERTO BAUTISTA-EREDEA,<br><br>    Petitioner,<br><br>v.<br><br>GARRETT, et al.,<br><br>    Respondents. | Case No. 3:20-cv-00403-LRH-CLB<br><br>**Order Granting Extension of Time to File an Answer to Petition to February 10, 2023** |

Respondents ask the court for an extension of time to file an answer to Eberto Bautista-Eredea's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 48.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed fourth motion for extension of time to file an answer to the petition (ECF No. 48) is **GRANTED. The deadline to answer is extended to February 10, 2023.**

DATED: January 12, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE