UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EBERTO BAUTISTA-EREDEA, | Case No. 3:20-cv-00403-LRH-CLB |
|---|---|
| Petitioner, | **Order Granting Extension of Time to Reply in Support of Petition to May 11, 2023** |
| v. | |
| GARRETT, et al., | (ECF No. 52) |
| Respondents. | |

Eberto Bautista-Eredea seeks an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 52.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file a reply in support of his petition (ECF No. 52) is **GRANTED**. **The deadline to reply is extended to May 11, 2023.**

Dated: March 30, 2023

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1