# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBERTO BAUTISTA-EREDEA,<br><br>  Petitioner<br><br>v.<br><br>GARRETT, *et al.*,<br><br>  Respondents. | Case No.: 3:20-cv-00403-LRH-CLB<br><br>**Order Granting Extension of Time to Reply in Support of Petition to September 8, 2023**<br><br>(ECF No. 58) |

Eberto Bautista-Eredea seeks an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 58.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed fourth motion for extension of time to file a reply in support of his petition **(ECF No. 58) is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to September 8, 2023.**

DATED this 8th day of August, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE