**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EBERTO BAUTISTA-EREDEA, | Case No.: 3:20-cv-00403-LRH-CLB |
| Petitioner | **Order Granting Extension of Time to Reply in Support of Petition to February 7, 2024** |
| v. | |
| GARRETT, *et al.*, | (ECF No. 64) |
| Respondents. | |

Eberto Bautista-Eredea seeks an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 64.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply in support of his petition **(ECF No. 64) is GRANTED** *nunc pro tunc*. **The deadline to reply is extended to February 7, 2024.**

IT IS SO ORDERED.

DATED this 12th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE